Fill in this information to identify the case:

Debtor name: **Arabella Exploration, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Accounttemps<br>PO Box 743295<br>Los Angeles, CA 90074-3295 | | | | | | $9,568.98 |
| Benefit Plans Administrator<br>6 Rhoads Drive Ste 7<br>Utica, NY 08322 | | | | | | $14,783.05 |
| Blue Jean Networks<br>4521 S Hulen St<br>Fort Worth, TX 76109 | | | | | | $4,210.98 |
| Codan Trust<br>PO Box 2681<br>Grand Cayman<br>Cayman Islands KY1-1111 | | | | | | $15,322.51 |
| Continental Stock Transfer<br>17 Battery Place<br>New York, NY 10004 | | | | | | $10,000.00 |
| Dawson Parrish<br>309 West 7th St Ste 915<br>Fort Worth, TX 76102 | | | | | | $10,669.01 |
| Denitech<br>PO Box 844173<br>Dallas, TX 75284-4173 | | | | | | $4,040.67 |
| Embark Consulting<br>1717 McKinney Ave Ste 700<br>Dallas, TX 75202 | | | | | | $21,426.25 |

Debtor **Arabella Exploration, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Insurance**<br>PO Box 66468<br>Chicago, IL 60666-0468 | | | | | | $20,436.38 |
| **Internal Revenue Service**<br>IRS<br>Cincinnati, OH 45999-0150 | | | Disputed | | | $9,959.23 |
| **John P. Mobbs**<br>7170 Westwind Dr Ste 2014<br>El Paso, TX 79912 | | | | | | $10,917.97 |
| **Juris Fabrilis**<br>901 Lake St<br>Fort Worth, TX 76102 | | | | | | $4,140.63 |
| **Kelly Hart**<br>201 Main Ste 2500<br>Fort Worth, TX 76102 | | | | | | $112,672.00 |
| **Mercury Insurance**<br>PO Box 5600<br>Rancho Cucamonga, CA 91729-5600 | | | | | | $5,075.00 |
| **Oilfield Software Solutions**<br>523 N Sam Houston Pkwy E Ste 175<br>Houston, TX 77060 | | | | | | $7,576.07 |
| **Piedra**<br>PO Box 10485<br>Midland, TX 79702 | | | | | | $82,303.18 |
| **Reeves County Clerk**<br>100 E 4th St<br>Pecos, TX 79772 | | | | | | $7,539.95 |
| **Shannon, Gracey, Ratliff & Miller**<br>420 Commerce St Ste 500<br>Fort Worth, TX 76102 | | | | | | $6,550.00 |
| **WhitleyPenn**<br>1400 West 7th St Ste 400<br>Fort Worth, TX 76102 | | | | | | $8,453.85 |

Debtor **Arabella Exploration, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wright Lindsey & Jennings<br>200 West Capital Ave Ste 2200<br>Little Rock, AR 72201** | | **Legal services** | | | | **$12,757.44** |