# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

_____

| | |
|---|---|
| IN RE: | §   Case No. 17-40120-rfn |
| | §   Chapter 11 |
| **ARABELLA EXPLORATION, LLC, a Texas limited liability corporation,** | §   Honorable Russell F. Nelms |
| | §   U.S. Bankruptcy Judge |
| Debtor. | § |
| | § |

## COVER SHEET REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (the "Schedules") and the Statements of Financial Affairs (the "Statements," and collectively with the Schedules, the "Schedules and Statements") filed by Arabella Exploration, LLC ("Debtor") in the United States Bankruptcy Court for the Northern District of Texas, were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtor and are unaudited. While the Debtor's chief restructuring officer has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete, based upon the information that was available to him at the time of preparation, subsequent receipt or discovery of information may result in material changes to the financial data and other information contained therein. The Debtor reserves its right to amend the Schedules and Statements from time to time as may be necessary or appropriate. This Cover Sheet Regarding Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Cover Sheet") is incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1.    General. The Schedules and Statements are unaudited. Additionally, there are certain managers, directors, officers and employees of the Debtor that left the Debtor shortly before the commencement of this bankruptcy case. Certain of these individuals possess information responsive to the Schedules and Statements who are no longer employed by the Debtor, and, in some instances, have not provided such information to the Debtor, despite multiple requests. Although the Debtor's chief restructuring officer has made reasonable efforts to insure that the Schedules and Statements are accurate and complete based on the information that was available to him at the time of preparation, subsequent receipt or discovery of information may result in material changes to one or more of the Schedules and Statements, and inadvertent errors, omissions or inaccuracies may exist. The Debtor reserves the right to amend and/or supplement any and all of the Schedules and Statements from time to time as it deems necessary and appropriate.

2.    Explanation Regarding Certain Disclosures in the Schedules and Statements.

     a.    Schedule A/B. In Section 11, Debtor lists accounts receivable in the amounts of $200,000 and $145,000, which amounts are due from operators, including Founders Oil and Gas Operating, LLC in the estimated amount of $250,000, Brigham in the estimated amount of $75,000, Energen in the estimated amount of $5,000 and J Cleo Thompson in the estimated amount of $15,000. All such amounts are subject to offset by netting liabilities. Additionally, Debtor lists an account receivable in the amount of $650,000, which relates to the exercise of certain tag along rights, which are the subject of

*Exercise of Tag-Along Rights or in the Alternative Assume Tag-Along Letter and (B) Approve and Ratify Exercise of Lease Acquisition Offering* [Docket No. 67]. This amount may be understated, as the Debtor may be entitled to additional proceeds in conjunction with the exercise of such tag-along rights. Regarding Sections 55.1, 55.2, 58 and 77, the values set forth therein are based on recent offers to purchase substantially all of the Debtor's assets, which the Debtor believes is the most accurate method of valuing its assets at this time. Additionally, the Debtor has scheduled the value of its ownership of working interests in oil and gas leases and wells on a consolidated basis because at this time the Debtor is unable to assign specific value to individual working interests. The Debtor's diligence in recovering and analyzing information regarding its assets is ongoing.

b.    <u>Litigation.</u> The Debtor has listed in Schedules D and E/F all known claimants related to any pending or threatened litigation action as contingent and/or disputed. Any information contained in Schedules D and E/F with respect to potential litigation shall not be a binding representation of the Debtor's liabilities with respect to any of the potential suits and proceedings included therein.

c.    <u>Secured Claims.</u> The Debtor has listed all known claimants alleging a secured interest in Debtor's assets in Schedule D as contingent and/or disputed. Any information contained in Schedule D with respect to potential claim amounts and/or lien rights in certain collateral shall not be a binding representation of the Debtor's liabilities or an affirmation or confirmation by Debtor of such creditor's rights in Debtor's assets. Except as otherwise agreed pursuant to a stipulation or agreed order or order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge (i) the secured nature of any creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to a creditor's claim, and (ii) the perfection or immunity from avoidance of any lien in any specific asset listed on Schedule D. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and other lien documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.

d.    <u>Causes of Action.</u> The Debtor has no currently existing lawsuits pending against third parties at this time. The Debtor has not specifically set forth details regarding its potential claims and causes of action against third parties in Section 74 of Schedule A/B. The Debtor's diligence in recovering and analyzing information regarding its potential claims and causes of action against third parties is ongoing.

e.    <u>Executory Contracts.</u> Every effort has been made to ensure the completeness and accuracy of the listing of executory contracts. Nevertheless, inadvertent errors or omissions may have occurred in the preparation of Schedule G. Debtor's diligence in recovering and analyzing information regarding its executory contracts and leases is ongoing.

f.    Gross Revenue from Business. The Debtor lists gross revenue from its business in 2016 as $1,200,000. This number is an estimate based on incomplete information. Additionally, the Debtor lists gross revenue from its business in 2015 as $1,475,856.00. This number is the consolidated income based on the Debtor's SEC filing in regards to the Debtor's parent, Arabella Exploration, Inc.

3.    <u>Disputed, Contingent and/or Unliquidated Claims.</u> Schedules D and E/F permit the Debtor to designate a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on any of the Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection by the Debtor. The Debtor reserves the right

liability or status.

      4.    <u>Cover Sheet Control.</u>  In the event that the Schedules and Statements differ from this Cover Sheet, the Cover Sheet shall control.

Arabella Exploration, LLC

Dated: February 10, 2017        By  <u>/s/ Charles Hoebeke            </u>
                                               Charles Hoebeke
                                             Its Chief Restructuring Officer

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Arabella Exploration, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **17-40120-rfn11** |

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................    $    **10,200,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................    $    **995,000.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................    $    **11,195,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $    **23,523,904.33**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **4,777,516.01**

4.  **Total liabilities** .................................................................................
    Lines 2 + 3a + 3b           $    **28,301,420.34**

*(handwritten)* Manager 2/10/17

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Arabella Exploration, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **17-40120-rfn11**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

    ■ No. Go to Part 2.
    ☐ Yes Fill in the information below.
    **All cash or cash equivalents owned or controlled by the debtor**

                         **Current value of debtor's interest**

**Part 2:**     **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

    ■ No. Go to Part 3.
    ☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. Does the debtor have any accounts receivable?

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11.    **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 145,000.00 | - 0.00 = .... | $145,000.00 |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 650,000.00 | - 0.00 = .... | $650,000.00 |
| | face amount | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | 200,000.00 | - 0.00 = .... | $200,000.00 |
| | face amount | doubtful or uncollectible accounts | |

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12. Copy the total to line 82.

                                       **$995,000.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

*C14 Manager 2/10/17*

Debtor **Arabella Exploration, LLC**
Name

Case number *(If known)* **17-40120-rfn11**

---

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2014 Ford PK truck, diesel, VIN 1FT7W2BT1EEB76288** | Unknown | N/A | Unknown |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels*

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.** **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $0.00 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Arabella Exploration, LLC**
Name

Case number *(If known)* **17-40120-rfn11**

■ No
☐ Yes

**Part 9:**     **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Mineral rights in oil and gas properties in Texas, including, among other properties, working interests in six operating wells; please see Exhibit A for legal descriptions of certain of the oil and gas properties** | **Mineral rights/Debtor recently received $10.2M purchase offer for ALL working interests** | Unknown | N/A | $10,200,000.00 |
| 55.2.<br><br>**Mineral rights in oil and gas properties in Texas, including, among other properties, working interests in 13 non-operating wells** | **Mineral rights/Debtor recently received $10.2M purchase offer for ALL working interests** | Unknown | N/A | Unknown |

56.    **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

       **$10,200,000.00**

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:**     **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

Debtor    **Arabella Exploration, LLC**
_____    Case number (If known)  **17-40120-rfn11**
          Name

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

       **Various claims against third parties**    Unknown
       _____
       Nature of claim    _____
       Amount requested    **$0.00**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** Examples: Season tickets,
       country club membership
       **Other miscellaneous property rights with undetermined
       value; Debtor recently received $10.2M purchase offer
       for ALL working interests**    Unknown

78.    **Total of Part 11.**    $0.00
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   **Arabella Exploration, LLC**                                          Case number *(If known)*  **17-40120-rfn11**
         Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $995,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $10,200,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $995,000.00 | + 91b. $10,200,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,195,000.00 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# Exhibit A

## WOLFBONE PROJECT

ATTACHED TO AND MADE A PART OF THAT CERTAIN PURCHASE AND SALE AGREEMENT DATED THE 5th DAY OF SEPTEMBER, 2012, BETWEEN ARABELLA PETROLEUM COMPANY, LLC, AS OPERATOR, AND LYNX PRODUCTION COMPANY, INC., ET AL, AS NON-OPERATOR:

LANDS SUBJECT TO THIS AGREEMENT:

East Half (E/2) of Section 24, Block C-8 Public School Land Survey, Reeves County, Texas, containing 320 acres, more or less;

Middle 320 acres of Section 140, Block 13 H&GN RR Co. Survey, Reeves County, Texas, containing 320 acres, more or less;

Southeast Quarter (SE/4) of Section 180, Block 13 H&GN RR Co. Survey, Reeves County, Texas, containing 320 acres, more or less;

Northeast Quarter (NE/4) of Section 180, Block 13 H&GN RR Co. Survey, Reeves County, Texas, containing 320 acres, more or less;

West Half (W/2) of Section 103 and East Half (E/2) of Section 138, Block 1 H&TC RR Co. Survey, Reeves County, Texas, containing 640.99 acres, more or less;

LEASES SUBJECT TO THIS AGREEMENT:

East Half (E/2) of Section 24, Block C-8 Public School Land Survey, Reeves County, Texas, containing 320 acres, more or less:

| | |
|---|---|
| DATED: | February 25th, 2011 |
| LESSOR: | Jo Ann Hopkins Bryan, ssp |
| LESSEE: | Atlantic Operating, Inc. |
| RECORDED: | Volume 875, Page 01, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | February 25th, 2011 |
| LESSOR: | Debra Ann Cummings, ssp |
| LESSEE: | Atlantic Operating, Inc. |
| RECORDED: | Volume 874, Page 817, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 25th, 2012 |
| LESSOR: | Jim Sam Camp, Trustee of the Jim Sam Camp Trust, the Judith Camp Sauer Trust, and the Jean Camp Robillard Trust |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | Volume ____, Page ____, of the Official Public Records of Reeves County, Texas |

Middle 320 acres of Section 140, Block 13 H&GN RR Co. Survey, Reeves County, Texas, containing 320 acres, more or less:

| | |
|---|---|
| DATED: | June 11th, 2012 |
| LESSOR: | Georgia Graham Jones |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | Volume 945, Page 766, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | June 11th, 2012 |
| LESSOR: | Wayne S. Graham |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | Volume 945, Page 748, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | June 11th, 2012 |
| LESSOR: | George W. Graham |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | Volume 945, Page 730, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | June 11th, 2012 |
| LESSOR: | Gwendolyn Geltemeyer |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | Volume ___, Page ___, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | June 11th, 2012 |
| LESSOR: | Jess St. Clair, as Executor of the Estate of Sharon B. St. Clair |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | Volume ___, Page ___, of the Official Public Records of Reeves County, Texas |

Southeast Quarter (SE/4) of Section 180, Block 13 H&GN RR Co. Survey, Reeves County, Texas, containing 160 acres, more or less:

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Gary Don Ray, as Agent for the State of Texas |
| LESSEE: | McCabe Petroleum Corp. |
| RECORDED: | Volume ___, Page ___, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Darrell L. Locker, as Agent for the State of Texas |
| LESSEE: | McCabe Petroleum Corp. |
| RECORDED: | Volume ___, Page ___, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | James D. Locker, Jr., as Agent for the State of Texas |
| LESSEE: | McCabe Petroleum Corp. |
| RECORDED: | Volume ___, Page ___, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Kenneth Locker, as Agent for the State of Texas |
| LESSEE: | McCabe Petroleum Corp. |
| RECORDED: | Volume ___, Page ___, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | John Lan Locker, as Agent for the State of Texas |
| LESSEE: | McCabe Petroleum Corp. |
| RECORDED: | Volume ___, Page ___, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Mark Locker, as Agent for the State of Texas |
| LESSEE: | McCabe Petroleum Corp. |
| RECORDED: | Volume ___, Page ___, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Lisa Locker Ehlert, as Agent for the State of Texas |
| LESSEE: | McCabe Petroleum Corp. |
| RECORDED: | Volume ___, Page ___, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Charlotte Locker Sims, as Agent for the State of Texas |
| LESSEE: | McCabe Petroleum Corp. |
| RECORDED: | Volume ___, Page ___, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Mickey Ray, as Agent for the State of Texas |
| LESSEE: | McCabe Petroleum Corp. |
| RECORDED: | Volume ___, Page ___, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Joe Bob Wells and wife, Melody Wells, as Agent for the State of Texas |
| LESSEE: | McCabe Petroleum Corp. |
| RECORDED: | Volume ___, Page ___, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Bill Ray, as Agent for the State of Texas |
| LESSEE: | McCabe Petroleum Corp. |
| RECORDED: | Volume ___, Page ___, of the Official Public Records of Reeves County, Texas |

**Northeast Quarter (NE/4) of Section 180, Block 13 H&GN RR Co. Survey, Reeves County, Texas, containing 160 acres, more or less:**

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Gary Don Ray, as Agent for the State of Texas |
| LESSEE: | Atlantic Operating, Inc. |
| RECORDED: | Volume 853, Page 377, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Darrell L. Locker, as Agent for the State of Texas |
| LESSEE: | Atlantic Operating, Inc. |
| RECORDED: | Volume 865, Page 83, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | James D. Locker, Jr., as Agent for the State of Texas |
| LESSEE: | Atlantic Operating, Inc. |
| RECORDED: | Volume 851, Page 490, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Kenneth Locker, as Agent for the State of Texas |
| LESSEE: | Atlantic Operating, Inc. |
| RECORDED: | Volume 851, Page 41, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | John Lan Locker, as Agent for the State of Texas |
| LESSEE: | Atlantic Operating, inc. |
| RECORDED: | Volume 850, Page 21, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Mark Locker, as Agent for the State of Texas |
| LESSEE: | Atlantic Operating, Inc. |
| RECORDED: | Volume 851, Page 31, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Lisa Locker Ehlert, as Agent for the State of Texas |
| LESSEE: | Atlantic Operating, Inc. |
| RECORDED: | Volume 851, Page 51, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Charlotte Locker Sims, as Agent for the State of Texas |
| LESSEE: | Atlantic Operating, Inc. |
| RECORDED: | Volume 851, Page 480, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Mickey Ray, as Agent for the State of Texas |
| LESSEE: | Atlantic Operating, Inc. |
| RECORDED: | Volume 851, Page 500, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Joe Bob Wells and wife, Melody Wells, as Agent for the State of Texas |
| LESSEE: | Atlantic Operating, Inc. |
| RECORDED: | Volume 851, Page 11, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Bill Ray, as Agent for the State of Texas |
| LESSEE: | Atlantic Operating, Inc. |
| RECORDED: | Volume 851, Page 01, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | July 19, 2010 |
| LESSOR: | Gary Don Ray, Executor of the Estate of Mary Wylie, dec., as Agent for the State of Texas |
| LESSEE: | Atlantic Operating, Inc. |
| RECORDED: | Volume 853, Page 377, of the Official Public Records of Reeves County, Texas |

West Half (W/2) of Section 103 and East Half (E/2) of Section 138, Block 1 H&TC RR Co. Survey, Reeves County, Texas, containing 640.99 acres, more or less:

| | |
|---|---|
| DATED: | March 6th, 2012 |
| LESSOR: | Helen Sallis Phipps |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | Volume 935, Page 63, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | March 6th, 2012 |
| LESSOR: | Ann Haubegger |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | Volume 935, Page 59, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | March 6th, 2012 |
| LESSOR: | Lois Ruth Heffington, Individually and as Executrix of the Estate of Tom Heffington |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | Volume 935, Page 55, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | March 6th, 2012 |
| LESSOR: | Evander Ammons |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | Volume 935, Page 91, of the Official Public Records of Reeves County, Texas |

DATED: August 25th, 2012
LESSOR: Melvin Cowan, II
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume ____, Page ____, of the Official Public Records of Reeves County, Texas

DATED: March 7th, 2012
LESSOR: Ruby Sallis
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 128, of the Official Public Records of Reeves County, Texas

DATED: March 7th, 2012
LESSOR: Ann V. Farwell
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 935, Page 5, of the Official Public Records of Reeves County, Texas

DATED: March 7th, 2012
LESSOR: Frances Caroline Diabeti
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 935, Page 95, of the Official Public Records of Reeves County, Texas

DATED: March 7th, 2012
LESSOR: Angela Rambo
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 935, Page 13, of the Official Public Records of Reeves County, Texas

DATED: March 7th, 2012
LESSOR: Woody Kent Cowan
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 935, Page 9, of the Official Public Records of Reeves County, Texas

DATED: March 7th, 2012
LESSOR: Nancy Dennis
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 935, Page 40, of the Official Public Records of Reeves County, Texas

DATED: March 7th, 2012
LESSOR: Sam White
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 935, Page 36, of the Official Public Records of Reeves County, Texas

DATED: April 20th, 2012
LESSOR: Kimberly Elrod
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 939, Page 619, of the Official Public Records of Reeves County, Texas

DATED: March 13th, 2012
LESSOR: Charles Elrod
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 136, of the Official Public Records of Reeves County, Texas

DATED: March 13th, 2012
LESSOR: Georgia Congleton
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 935, Page 71, of the Official Public Records of Reeves County, Texas

DATED:        March 13th, 2012
LESSOR:       Linda Merritt
LESSEE:       Arabella Petroleum Company, LLC
RECORDED:     Volume 936, Page 172, of the Official Public Records of Reeves County, Texas

DATED:        March 7th, 2012
LESSOR:       Susan M Myers
LESSEE:       Arabella Petroleum Company, LLC
RECORDED:     Volume 935, Page 32, of the Official Public Records of Reeves County, Texas

DATED:        March 8th, 2012
LESSOR:       Susan Mirike
LESSEE:       Arabella Petroleum Company, LLC
RECORDED:     Volume 935, Page 1, of the Official Public Records of Reeves County, Texas

DATED:        March 8th, 2012
LESSOR:       Katherine A Hearn
LESSEE:       Arabella Petroleum Company, LLC
RECORDED:     Volume 935, Page 24, of the Official Public Records of Reeves County, Texas

DATED:        March 8th, 2012
LESSOR:       Paul H Rogers
LESSEE:       Arabella Petroleum Company, LLC
RECORDED:     Volume 935, Page 48, of the Official Public Records of Reeves County, Texas

DATED:        March 8th, 2012
LESSOR:       Mary W Rogers Black
LESSEE:       Arabella Petroleum Company, LLC
RECORDED:     Volume 934, Page 797, of the Official Public Records of Reeves County, Texas

DATED:        March 8th, 2012
LESSOR:       OL Rogers, Jr,
LESSEE:       Arabella Petroleum Company, LLC
RECORDED:     Volume 934, Page 793, of the Official Public Records of Reeves County, Texas

DATED:        March 8th, 2012
LESSOR:       John P Rogers, Jr.
LESSEE:       Arabella Petroleum Company, LLC
RECORDED:     Volume 934, Page 44, of the Official Public Records of Reeves County, Texas

DATED:        March 8th, 2012
LESSOR:       Paula F Stafford
LESSEE:       Arabella Petroleum Company, LLC
RECORDED:     Volume 935, Page 20, of the Official Public Records of Reeves County, Texas

DATED:        March 8th, 2012
LESSOR:       Betty Jane Rogers Crawford
LESSEE:       Arabella Petroleum Company, LLC
RECORDED:     Volume 935, Page 28, of the Official Public Records of Reeves County, Texas

DATED:        March 8th, 2012
LESSOR:       Joanne Rogers Lannom
LESSEE:       Arabella Petroleum Company, LLC
RECORDED:     Volume 935, Page 16, of the Official Public Records of Reeves County, Texas

DATED: March 8th, 2012
LESSOR: Virgie Nell Rogers Carter
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 935, Page 51, of the Official Public Records of Reeves County, Texas

DATED: March 8th, 2012
LESSOR: Nancy Rogers Stout
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 935, Page 99, of the Official Public Records of Reeves County, Texas

DATED: March 13th, 2012
LESSOR: John Day Stevens
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 935, Page 79, of the Official Public Records of Reeves County, Texas

DATED: March 13th, 2012
LESSOR: Mary Frank Owen
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 168, of the Official Public Records of Reeves County, Texas

DATED: April 20th, 2012
LESSOR: Effie Jean Bay
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 939, Page 634, of the Official Public Records of Reeves County, Texas

DATED: March 13th, 2012
LESSOR: Glenda Cowan Garza
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 935, Page 83, of the Official Public Records of Reeves County, Texas

DATED: March 13th, 2012
LESSOR: Barbara Cowan Howell
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 935, Page 87, of the Official Public Records of Reeves County, Texas

DATED: March 14th, 2012
LESSOR: Alice Lucille Showers Living Trust
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 188, of the Official Public Records of Reeves County, Texas

DATED: March 14th, 2012
LESSOR: Betty Sue Walker
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 945, Page 702, of the Official Public Records of Reeves County, Texas

DATED: March 14th, 2012
LESSOR: Larry E. Day
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 116, of the Official Public Records of Reeves County, Texas

DATED: March 14th, 2012
LESSOR: Cynthia Barthelme
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 140, of the Official Public Records of Reeves County, Texas

DATED: March 14th, 2012
LESSOR: Stephen Slaughter
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 176, of the Official Public Records of Reeves County, Texas

DATED: March 14th, 2012
LESSOR: Mai Ling Slaughter
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 938, Page 353, of the Official Public Records of Reeves County, Texas

DATED: March 23rd, 2012
LESSOR: Terry Haines Blovsky
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 180, of the Official Public Records of Reeves County, Texas

DATED: March 23rd, 2012
LESSOR: William Jay Madison
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 938, Page 369, of the Official Public Records of Reeves County, Texas

DATED: March 23rd, 2012
LESSOR: Vicky Milligan
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 204, of the Official Public Records of Reeves County, Texas

DATED: March 20th, 2012
LESSOR: Todd M Ray
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 192, of the Official Public Records of Reeves County, Texas

DATED: March 20th, 2012
LESSOR: Larry F. Ray
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 184, of the Official Public Records of Reeves County, Texas

DATED: September 1st, 2012
LESSOR: Arabella Minerals & Royalties, LLC
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume ___, Page ___, of the Official Public Records of Reeves County, Texas

DATED: July 11th, 2012
LESSOR: Christopher Franks
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume ___, Page ___, of the Official Public Records of Reeves County, Texas

DATED: March 27th, 2012
LESSOR: Delia M Staton
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 938, Page 378, of the Official Public Records of Reeves County, Texas

DATED: March 27th, 2012
LESSOR: John E Bates
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 938, Page 365, of the Official Public Records of Reeves County, Texas

DATED:          July 11th, 2012
LESSOR:         Bill D Bates
LESSEE:         Arabella Petroleum Company, LLC
RECORDED.       Volume ____, Page ____, of the Official Public Records of Reeves County, Texas

DATED:          March 27th, 2012
LESSOR:         James Bates
LESSEE:         Arabella Petroleum Company, LLC
RECORDED:       Volume 938, Page 374, of the Official Public Records of Reeves County, Texas

DATED:          March 15th, 2012
LESSOR:         Sherry Day Foster
LESSEE.         Arabella Petroleum Company, LLC
RECORDED:       Volume 936, Page 132, of the Official Public Records of Reeves County, Texas

DATED:          March 15th, 2012
LESSOR:         Angela Lorz
LESSEE.         Arabella Petroleum Company, LLC
RECORDED:       Volume 936, Page 152, of the Official Public Records of Reeves County, Texas

DATED·          March 15th, 2012
LESSOR          Larry R Day
LESSEE:         Arabella Petroleum Company, LLC
RECORDED:       Volume 935, Page 67, of the Official Public Records of Reeves County, Texas

DATED:          March 15th, 2012
LESSOR:         Edward R Day
LESSEE:         Arabella Petroleum Company, LLC
RECORDED·       Volume 936, Page 124, of the Official Public Records of Reeves County, Texas

DATED:          March 15th, 2012
LESSOR:         Cheryl Kurzawa
LESSEE          Arabella Petroleum Company, LLC
RECORDED.       Volume 935, Page 75, of the Official Public Records of Reeves County, Texas

DATED·          March 15th, 2012
LESSOR:         Don Day, AIF Polly Day
LESSEE:         Arabella Petroleum Company, LLC
RECORDED.       Volume 938, Page 357, of the Official Public Records of Reeves County, Texas

DATED·          March 15th, 2012
LESSOR·         Nancy Starr
LESSEE:         Arabella Petroleum Company, LLC
RECORDED·       Volume 936, Page 144, of the Official Public Records of Reeves County, Texas

DATED:          March 15th, 2012
LESSOR·         Don Griffitts
LESSEE:         Arabella Petroleum Company, LLC
RECORDED.       Volume 936, Page 120, of the Official Public Records of Reeves County, Texas

DATED           March 21st, 2012
LESSOR:         Raymond A Young Trust
LESSEE.         Arabella Petroleum Company, LLC
RECORDED:       Volume ____, Page ____, of the Official Public Records of Reeves County, Texas

DATED: March 21st, 2012
LESSOR: Duff L Young, AIF for Ben R Young
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume ____, Page ____, of the Official Public Records of Reeves County, Texas

DATED: March 21st, 2012
LESSOR: Estate of Arthur L Young
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 156, of the Official Public Records of Reeves County, Texas

DATED: March 21st, 2012
LESSOR: Ann Colwell
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume ____, Page ____, of the Official Public Records of Reeves County, Texas

DATED: March 21st, 2012
LESSOR: Alice Belle East
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 791, of the Official Public Records of Reeves County, Texas

DATED: March 21st, 2012
LESSOR: Edmond E Young
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 148, of the Official Public Records of Reeves County, Texas

DATED: March 21st, 2012
LESSOR: John W Young
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 164, of the Official Public Records of Reeves County, Texas

DATED: March 23rd, 2012
LESSOR: Eva O'Brien
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 160, of the Official Public Records of Reeves County, Texas

DATED: March 22nd, 2012
LESSOR: Barbara Jean Pansarosa
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 196, of the Official Public Records of Reeves County, Texas

DATED: March 22nd, 2012
LESSOR: Bren Marr Davis
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume 936, Page 200, of the Official Public Records of Reeves County, Texas

DATED: August 1st, 2012
LESSOR: Community Bank of Raymore, as agent under agreement with trustees of William L Abernathy Testamentary Lead Trust, as Trustee for WD Johnson, Jr. F/B/O Dorothy Haggerty, as Trustee for Timothy S Brandom, as Trustee for Laura E Couch, as Trustee for William S Brandom, Jr., as Trustee for Deborah B Miller, as Trustee for Robert J Brandom, as Trustee for Thomas M Scruggs F/B/O Milus D Scruggs, as Trustee for Thomas M Scruggs F/B/O Thomas Mitchell Scruggs, Jr., as Trustee for Kern Kenyon, as Trustee for Claudia Kenyon, as Agent under Agreement with Trustees of the David L Fayman Revocable Trust, as Agent under Agreement with Trustees of the Faith Fayman Strong Revocable Trust, as Trustee for Abbie J Burton F/B/O Lynn Lumbard, as Trustee for Abbie J Burton F/B/O Mark Lumbard, as Trustee for Abbie J Burton F/B/O Nancy Martin, as Trustee for Abbie J Burton F/B/O Susan Martin, as Trustee for Abbie J Burton F/B/O Laura Martin, as Trustee for Abbie J Burton F/B/O Kathleen Field, as Agent under Agreement with Trustees of the Jacqueline B Charno Charitable Lead Trust, as Agent under Agreement with Trustees of the Bebe and Tom Dunnicliffe Charitable Lead Trust, as Agent under Agreement with Trustees of the Mark B Lumbard Revocable Trust, as Trustee for Lynn C Lumbard.
LESSEE: Arabella Petroleum Company, LLC
RECORDED: Volume ___, Page ___, of the Official Public Records of Reeves County, Texas

**WOLFBONE PROJECT**

ATTACHED TO AND MADE A PART OF THAT CERTAIN JOINT OPERATING AGREEMENT DATED THE 1ˢᵗ DAY OF MARCH, 2013, BETWEEN ARABELLA PETROLEUM COMPANY, LLC, AS OPERATOR, AND JAM OIL AND GAS, LP, AS NON-OPERATOR

LANDS SUBJECT TO THIS AGREEMENT:



- All of Section 12, Block 51, Township 8 T&P RR Co Survey, Reeves County, Texas, being 640 acres, more or less,
- The West Half (W/2) of Section 24, Block C-8 Public School Land Survey, Reeves County, Texas, being 320 acres, more or less,



- All of Section 3, Block C-6 Public School Land Survey, Reeves County, Texas, being 320 acres, more or less,
- All of Section 46 Block 5 H&GN RR Co Survey, Reeves County, Texas, being 640 acres, more or less,
- The East Half (E/2) of Section 36, Block 55, Township 5 T&P RR Co Survey, Reeves County, Texas, being 320 acres, more or less,
- All of Section 44, Block 55, Township 5 T&P RR Co Survey, Reeves County, Texas, save and except the Southwest one eighth of the Northeast Quarter (SE/8NE/4), containing 620 acres, more or less,
- The North Half of the Southeast Quarter (N/2SE/4) of Section 16, Block C-17 Public School Land Survey, Reeves County, Texas, being 80 acres, more or less,
- The West Half of the Northeast Quarter of Section 16, Block C-17 Public School Land Survey, Reeves County, Texas, being 480 acres, more or less,
- All of Section 17, Block C 17 Public School Land Survey, Reeves County, Texas, being 640 acres, more or less,
- All of Section 23, Block 70 Public School Land Survey, Reeves County, Texas, being 640 acres, more or less,
- The East Half (E/2) of Section 9, Block 72 Public School Land Survey, Reeves County, Texas, being 320 acres, more or less,
- A tract out of the East part of the West part of the Bryon Johnson Survey, Section 3, A-5749, Scrap File #7499, Reeves County, Texas, being 40 acres, more or less,
- A tract out of the North middle part of the Bryon Johnson Survey, Section 3, A-5749, Scrap File #7499, Reeves County, Texas, being 131.1 acres, more or less,
- A tract out of the Southwest part of the Bryon Johnson Survey, Section 3, A 5573, Scrap File # 7499, Reeves County, Texas, being 99 83 acres, more or less,
- All of Section 32, Block 49, Township 9 T&P RR Co Survey, Pecos County, Texas, being 640 acres, more or less,
- All of Section 61, Block 34 H&TC RR Co Survey, Ward County, Texas, being 640 acres, more or less,
- All of Section 44, Block 53, Township 2, Loving County, Texas, being 640 acres, more or less

LEASES SUBJECT TO THIS AGREEMENT:

All of Section 12, Block 51, Township 8 T&P RR Co Survey, Reeves County, Texas, being 640 acres, more or less:

| | |
|---|---|
| DATED | February 17ᵗʰ, 2010 |
| LESSOR | Bruce Alan Bauer |
| LESSEE | John L May |
| RECORDED | Volume 838, Page 715, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | February 17th, 2010 |
| LESSOR: | Carol Ann Siegel |
| LESSEE: | John L. May |
| RECORDED: | Volume 839, Page 639, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | February 17th, 2010 |
| LESSOR: | Evelyn Grace Shull Green |
| LESSEE: | John L. May |
| RECORDED: | Volume 838, Page 712, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | February 17th, 2010 |
| LESSOR: | Gordon D. Woods |
| LESSEE: | John L. May |
| RECORDED: | Volume 839, Page 254, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | February 17th, 2010 |
| LESSOR: | Jane H. Woods |
| LESSEE: | John L. May |
| RECORDED: | Volume 839, Page 261, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | February 17th, 2010 |
| LESSOR: | Jessee D. Woods, Jr. |
| LESSEE: | John L. May |
| RECORDED: | Volume 838, Page 709, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | February 17th, 2010 |
| LESSOR: | Marian Drain & William Woods Est. |
| LESSEE: | John L. May |
| RECORDED: | Volume 839, Page 645, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | February 17th, 2010 |
| LESSOR: | Mary Nancy Bauer Richards |
| LESSEE: | John L. May |
| RECORDED: | Volume 839, Page 257, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | February 17th, 2010 |
| LESSOR: | Patrick Marvin Matthews |
| LESSEE: | John L. May |
| RECORDED: | Volume 839, Page 642, of the Official Public Records of Reeves County, Texas |

| | |
|---|---|
| DATED: | February 17th, 2010 |
| LESSOR: | William R. Woods |
| LESSEE: | John L. May |
| RECORDED: | Volume 840, Page 724, of the Official Public Records of Reeves County, Texas |

The West Half (W/2) of Section 24, Block C-8 Public School Land Survey, Reeves County, Texas, being 320 acres, more or less:

| | |
|---|---|
| DATED: | July 24th, 2012 |
| LESSOR: | Jim Sam Camp, Trustee of the Jim Sam Camp Trust, the Judith Camp Sauer Trust, and the Jean Elizabeth Camp Robillard Trust |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | Volume 958, Page 204, of the Official Public Records of Reeves County, Texas |

DATED:           October 7th, 2010
LESSOR:          Patsy Pauline Kesey, individually, and as Trustee
LESSEE:          Atlantic Operating, Inc.
RECORDED:        Volume 862, Page 1, of the Official Public Records of Reeves County, Texas


All of Section 3, Block C-6 Public School Land Survey, Reeves County, Texas, being 320 acres, more or less;

DATED:           September 11th, 1959
LESSOR:          Ruth W. Hord, and husband, John A. Hord; Emily Spiller Beil, individually, and as
                 Independent Executrix of the Estate of I.C. Beil, Dec.
LESSEE:          Gulf Oil Corporation
RECORDED:        Volume 196, Page 337, of the Official Public Records of Reeves County, Texas


All of Section 46, Block 5 H&GN RR Co. Survey, Reeves County, Texas, being 640 acres, more or less:

DATED:           February 5th, 2013
LESSOR:          The State of Texas acting by and through its agent, ZPZ Delaware I, LLC
LESSEE:          Arabella Petroleum Company, LLC
RECORDED:        Volume ___, Page ___, of the Official Public Records of Reeves County, Texas


The East Half (E/2) of Section 36, Block 55, Township 5 T&P RR Co. Survey, Reeves County, Texas, being 320 acres, more or less:

DATED:           November 1st, 2012
LESSOR:          The State of Texas, acting by and through its agent, Tom Johnson
LESSEE·          Arabella Petroleum Company, LLC
RECORDED:        Volume 973, Page 262, of the Official Public Records of Reeves County, Texas


All of Section 44, Block 55, Township 5 T&P RR Co Survey, Reeves County, Texas, save and except the Southwest one-eighth of the Northeast Quarter (SE/8NE/4), containing 620 acres, more or less:

DATED:           February 23rd, 2011
LESSOR:          The State of Texas, acting by and through its agent, The Allar Company
LESSEE:          Blackstone Resources, LLC
RECORDED:        Volume 874, Page 350, of the Official Public Records of Reeves County, Texas


The North Half of the Southeast Quarter (N/2SE/4) of Section 16, Block C-17 Public School Land Survey, Reeves County, Texas, being 80 acres, more or less:

DATED:           September 21st, 2012
LESSOR:          Jobe Ranch Family Limited Partnership
LESSEE:          Blackrock Resources, LLC
RECORDED:        Volume___, Page ___, of the Official Public Records of Reeves County, Texas

The West Half of the Northeast Quarter of Section 16, Block C-17 Public School Land Survey, Reeves County, Texas, being 480 acres, more or less:

DATED:        September 21", 2012
LESSOR:       Jobe Ranch Family Limited Partnership
LESSEE:       Blackrock Resources, LLC
RECORDED:     Volume____, Page ____, of the Official Public Records of Reeves County, Texas


All of Section 17, Block C-17 Public School Land Survey, Reeves County, Texas, being 640 acres, more or less:

DATED:        September 21st, 2012
LESSOR:       Jobe Ranch Family Limited Partnership
LESSEE:       Blackrock Resources, LLC
RECORDED:     Volume____, Page ____, of the Official Public Records of Reeves County, Texas


All of Section 23, Block 70 Public School Land Survey, Reeves County, Texas, being 640 acres, more or less:

DATED:        September 21", 2012
LESSOR:       Jobe Ranch Family Limited Partnership
LESSEE:       Blackrock Resources, LLC
RECORDED:     Volume____, Page ____, of the Official Public Records of Reeves County, Texas


The East Half (E/2) of Section 9, Block 72 Public School Land Survey, Reeves County, Texas, being 320 acres, more or less:

DATED:        September 21st, 2012
LESSOR:       Jobe Ranch Family Limited Partnership
LESSEE:       Blackrock Resources, LLC
RECORDED:     Volume____, Page ____, of the Official Public Records of Reeves County, Texas


A tract out of the East part of the West part of the Bryon Johnson Survey, Section 3, A-5749, Scrap File #7499, Reeves County, Texas, being 40 acres, more or less:

DATED:        September 21st, 2012
LESSOR:       Jobe Ranch Family Limited Partnership
LESSEE:       Blackrock Resources, LLC
RECORDED:     Volume____, Page ____, of the Official Public Records of Reeves County, Texas


A tract out of the North middle part of the Bryon Johnson Survey, Section 3, A-5749, Scrap File #7499, Reeves County, Texas, being 131.1 acres, more or less:

DATED:        September 21", 2012
LESSOR:       Jobe Ranch Family Limited Partnership
LESSEE:       Blackrock Resources, LLC
RECORDED:     Volume____, Page ____, of the Official Public Records of Reeves County, Texas

A tract out of the Southwest part of the Bryon Johnson Survey, Section 3, A-5573, Scrap File # 7499, Reeves County, Texas, being 99.83 acres, more or less:

DATED:      September 21st, 2012
LESSOR:     Jobe Ranch Family Limited Partnership
LESSEE:     Blackrock Resources, LLC
RECORDED:   Volume____, Page ____, of the Official Public Records of Reeves County, Texas

All of Section 32, Block 49, Township 9 T&P RR Co Survey, Pecos County, Texas, being 640 acres, more or less:

DATED:      November 15th, 2012
LESSOR:     Frances Murdell Weatherby Holbert, Individually and as Independent Executrix and
            Personal Representative with Will Annexed of the Estate of Ivy Bates Weatherby,
            deceased and as Trustee of the Ivy Bates Weatherby Revocable Trust under Trust
            Agreement dated August 21, 1986, as Amended and Restated on November, 6, 1995
LESSEE:     Stephen C. Cole
RECORDED:   Volume 62, Page 381, of the Official Public Records of Pecos County, Texas

All of Section 61, Block 34 H&TC RR Co Survey, Ward County, Texas, being 640 acres, more or less:

DATED:      January 17th, 2013
LESSOR:     Linda Jackson Welty, Trustee
LESSEE:     Arabella Petroleum Company, LLC
RECORDED:   Volume 954, Page 58, of the Official Public Records of Ward County, Texas

DATED:      November 12th, 2012
LESSOR:     Colt Development, LLC
LESSEE:     Arabella Petroleum Company, LLC
RECORDED:   Volume 954, Page 568, of the Official Public Records of Ward County, Texas

DATED:      November 12th, 2012
LESSOR:     Northern Trust Bank, Trustee
LESSEE:     Arabella Petroleum Company, LLC
RECORDED:   Volume ____, Page ____, of the Official Public Records of Ward County, Texas

All of Section 44, Block 53, Township 2, Loving County, Texas, being 640 acres, more or less:

DATED: December 1st, 2012

LESSOR: Community Bank of Raymore as Trustee for Timothy S. Brandom; Community Bank of Raymore as Trustee for Laura E. Couch; Community Bank of Raymore as Trustee for William S. Brandom; Community Bank of Raymore as Trustee for Deborah B. Miller; Community Bank of Raymore as Trustee for Robert J. Brandom; Community Bank of Raymore as Trustee under Trust Agreement from W.D. Johnson, Jr.; Community Bank of Raymore as Trustee under Trust Agreement from Kern E. Kenyon; Community Bank of Raymore as Trustee under Trust Agreement from Claudia Kenyon Floyd; Community Bank of Raymore as Trustee under Trust Agreement from Thomas Mitchell Scruggs, Jr.; Community Bank of Raymore as Trustee under Trust Agreement from Milus D. Scruggs; Community Bank of Raymore as Agent for the David L. Fayman Trust; Community Bank of Raymore as Agent for the Faith Fayman Strong Trust; Community Bank of Raymore as Trustee under Trust Agreement from Danah H. Fayman; Community Bank of Raymore as Trustee under Trust Agreement as Amended and Restated from Harry T. Abernathy; Community Bank of Raymore as Trustee, under Trust Agreement from Cabell Gillespie; Community Bank of Raymore as Trustee under Trust Agreement from Keri Cowart; Community Bank of Raymore as Agent for the William L. Abernathy Charitable Lead Trust; Community Bank of Raymore as Trustee under Trust Agreement from Abbie J. Burton; Community Bank of Raymore as Trustee under Trust Agreement from Abbie J. Burton.

LESSEE: Arabella Petroleum Company, LLC

RECORDED: Volume ___, Page ___, of the Official Public Records of Loving County, Texas

## WOLFBONE PROJECT

ATTACHED TO AND MADE A PART OF THAT CERTAIN OPERATING AGREEMENT DATED THE 1ST DAY OF
SEPTEMBER, 2012, BETWEEN ARABELLA PETROLEUM COMPANY, LLC, AS OPERATOR, AND LYNX
PRODUCTION COMPANY, INC., ET AL, AS NON-OPERATOR:

**LANDS SUBJECT TO THIS AGREEMENT:**

East Half (E/2) of Section 24, Block C-8 Public School Land Survey, Reeves County, Texas, containing 320
acres, more or less;

Middle 320 acres of Section 140, Block 13 H&GN RR Co. Survey, Reeves County, Texas, containing 320
acres, more or less;

Southeast Quarter (SE/4) of Section 180, Block 13 H&GN RR Co. Survey, Reeves County, Texas,
containing 320 acres, more or less;

Northeast Quarter (NE/4) of Section 180, Block 13 H&GN RR Co. Survey, Reeves County, Texas,
containing 320 acres, more or less;

West Half (W/2) of Section 103 and East Half (E/2) of Section 138, Block 1 H&TC RR Co. Survey, Reeves
County, Texas, containing 320 acres, more or less;

**LEASES SUBJECT TO THIS AGREEMENT:**

East Half (E/2) of Section 24, Block C-8 Public School Land Survey, Reeves County, Texas, containing
320 acres, more or less:

DATED:          February 25th, 2011
LESSOR:         Jo Ann Hopkins Bryan, ssp
LESSEE:         Atlantic Operating, Inc.
RECORDED:       875/01

DATED:          February 25th, 2011
LESSOR:         Debra Ann Cummings, ssp
LESSEE:         Atlantic Operating, Inc.
RECORDED:       874/817

DATED:          July 25th, 2012
LESSOR:         Jim Sam Camp, Trustee of the Jim Sam Camp Trust, the Judith Camp Sauer Trust, and
                the Jean Camp Robillard Trust
LESSEE:         Arabella Petroleum Company, LLC
RECORDED:

Middle 320 acres of Section 140, Block 13 H&GN RR Co. Survey, Reeves County, Texas, containing 320
acres, more or less:

DATED:          June 11th, 2012
LESSOR:         Georgia Graham Jones
LESSEE:         Arabella Petroleum Company, LLC
RECORDED:       945/766

DATED:          June 11th, 2012
LESSOR:         Wayne S. Graham
LESSEE:         Arabella Petroleum Company, LLC
RECORDED:       945/748

V
O
L

1
0
2
1

P
G

0
7
1
6

DATED: June 11th, 2012
LESSOR: George W. Graham
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 945/730

DATED: June 11th, 2012
LESSOR: Gwendolyn Geltemeyer
LESSEE: Arabella Petroleum Company, LLC
RECORDED:

DATED: June 11th, 2012
LESSOR: Jess St. Clair, as Executor of the Estate of Sharon B. St. Clair
LESSEE: Arabella Petroleum Company, LLC
RECORDED:

Southeast Quarter (SE/4) of Section 180, Block 13 H&GN RR Co. Survey, Reeves County, Texas, containing 160 acres, more or less:

DATED: July 25th, 2012
LESSOR: Gary Don Ray, as Agent for the State of Texas
LESSEE: McCabe Petroleum Corp.
RECORDED:

DATED: July 25th, 2012
LESSOR: Darrell L. Locker, as Agent for the State of Texas
LESSEE: McCabe Petroleum Corp.
RECORDED:

DATED: July 25th, 2012
LESSOR: James D. Locker, Jr., as Agent for the State of Texas
LESSEE: McCabe Petroleum Corp.
RECORDED:

DATED: July 25th, 2012
LESSOR: Kenneth Locker, as Agent for the State of Texas
LESSEE: McCabe Petroleum Corp.
RECORDED:

DATED: July 25th, 2012
LESSOR: John Lan Locker, as Agent for the State of Texas
LESSEE: McCabe Petroleum Corp.
RECORDED:

DATED: July 25th, 2012
LESSOR: Mark Locker, as Agent for the State of Texas
LESSEE: McCabe Petroleum Corp.
RECORDED:

DATED: July 25th, 2012
LESSOR: Lisa Locker Ehlert, as Agent for the State of Texas
LESSEE: McCabe Petroleum Corp.
RECORDED:

VOL 1021

PG 0717

DATED:      July 25th, 2012
LESSOR:     Charlotte Locker Sims, as Agent for the State of Texas
LESSEE:     McCabe Petroleum Corp.
RECORDED:

DATED:      July 25th, 2012
LESSOR:     Mickey Ray, as Agent for the State of Texas
LESSEE:     McCabe Petroleum Corp.
RECORDED:

DATED:      July 25th, 2012
LESSOR:     Joe Bob Wells and wife, Melody Wells, as Agent for the State of Texas
LESSEE:     McCabe Petroleum Corp.
RECORDED:

DATED:      July 25th, 2012
LESSOR:     Bill Ray, as Agent for the State of Texas
LESSEE:     McCabe Petroleum Corp.
RECORDED:

**Northeast Quarter (NE/4) of Section 180, Block 13 H&GN RR Co. Survey, Reeves County, Texas, containing 160 acres, more or less:**

DATED:      July 25th, 2012
LESSOR:     Gary Don Ray, as Agent for the State of Texas
LESSEE:     Atlantic Operating, Inc.
RECORDED:   853/377

DATED:      July 25th, 2012
LESSOR:     Darrell L. Locker, as Agent for the State of Texas
LESSEE:     Atlantic Operating, Inc.
RECORDED:   865/83

DATED:      July 25th, 2012
LESSOR:     James D. Locker, Jr. , as Agent for the State of Texas
LESSEE:     Atlantic Operating, Inc.
RECORDED:   851/490

DATED:      July 25th, 2012
LESSOR:     Kenneth Locker, as Agent for the State of Texas
LESSEE:     Atlantic Operating, Inc.
RECORDED:   851/41

DATED:      July 25th, 2012
LESSOR:     John Lan Locker, as Agent for the State of Texas
LESSEE:     Atlantic Operating, Inc.
RECORDED:   850/21

DATED:      July 25th, 2012
LESSOR:     Mark Locker, as Agent for the State of Texas
LESSEE:     Atlantic Operating, Inc.
RECORDED:   851/31

VOL
1021
PG
0718

DATED: July 25th, 2012
LESSOR: Lisa Locker Ehlert, as Agent for the State of Texas
LESSEE: Atlantic Operating, Inc.
RECORDED: 851/51

DATED: July 25th, 2012
LESSOR: Charlotte Locker Sims, as Agent for the State of Texas
LESSEE: Atlantic Operating, Inc.
RECORDED: 851/480

DATED: July 25th, 2012
LESSOR: Mickey Ray, as Agent for the State of Texas
LESSEE: Atlantic Operating, Inc.
RECORDED: 851/500

DATED: July 25th, 2012
LESSOR: Joe Bob Wells and wife, Melody Wells, as Agent for the State of Texas
LESSEE: Atlantic Operating, Inc.
RECORDED: 851/11

DATED: July 25th, 2012
LESSOR: Bill Ray, as Agent for the State of Texas
LESSEE: Atlantic Operating, Inc.
RECORDED: 851/01

DATED: July 25th, 2012
LESSOR: Gary Don Ray, Executor of the Estate of Mary Wylie, dec., as Agent for the State of Texas
LESSEE: Atlantic Operating, Inc.
RECORDED: 853/377

VOL 1021

PG 0719

West Half (W/2) of Section 103 and East Half (E/2) of Section 138, Block 1 H&TC RR Co. Survey, Reeves County, Texas, containing 320 acres, more or less:

DATED: 3/6/2012
LESSOR: Helen Sallis Phipps
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 935/63

DATED: 3/6/2012
LESSOR: Ann Haubegger
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 935/59

DATED: 3/6/2012
LESSOR: Lois Ruth Heffington, Individually and as Executrix of the Estate of Tom Heffington
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 935/55

DATED: 3/6/2012
LESSOR: Evander Ammons
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 935/91

DATED: 8/25/2012
LESSOR: Melvin Cowan, II
LESSEE: Arabella Petroleum Company, LLC
RECORDED:

DATED: 3/7/2012
LESSOR: Ruby Sallis
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 936/128

DATED: 3/7/2012
LESSOR: Ann V. Farwell
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 935/5

DATED: 3/7/2012
LESSOR: Frances Caroline Diabeti
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 935/95

DATED: 3/7/2012
LESSOR: Angela Rambo
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 935/13

DATED: 3/7/2012
LESSOR: Woody Kent Cowan
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 935/9

DATED: 3/7/2012
LESSOR: Nancy Dennis
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 935/40

DATED: 3/7/2012
LESSOR: Sam White
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 935/36

DATED: 4/20/2012
LESSOR: Kimberly Elrod
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 939/619

DATED: 3/13/2012
LESSOR: Charles Elrod
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 936/136

DATED: 3/13/2012
LESSOR: Georgia Congleton
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 935/71

VOL 1021

PG 0720

| | |
|---|---|
| DATED: | 3/13/2012 |
| LESSOR: | Linda Merritt |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 936/172 |

| | |
|---|---|
| DATED: | 3/7/2012 |
| LESSOR: | Susan M Myers |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 935/32 |

| | |
|---|---|
| DATED: | |
| LESSOR: | Patsy Ruth Young |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | |

| | |
|---|---|
| DATED: | 3/8/2012 |
| LESSOR: | Susan Mirike |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 935/1 |

| | |
|---|---|
| DATED: | 3/8/2012 |
| LESSOR: | Katherine A Hearn |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 935/24 |

| | |
|---|---|
| DATED: | 3/8/2012 |
| LESSOR: | Paul H Rogers |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 935/48 |

| | |
|---|---|
| DATED: | 9/8/2012 |
| LESSOR: | Mary W Rogers Black |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 934/797 |

| | |
|---|---|
| DATED: | 3/8/2012 |
| LESSOR: | OL Rogers, Jr. |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 934/793 |

| | |
|---|---|
| DATED: | 3/8/2012 |
| LESSOR: | John P Rogers, Jr. |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 935/44 |

| | |
|---|---|
| DATED: | 3/8/2012 |
| LESSOR: | Paula F Stafford |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 935/20 |

| | |
|---|---|
| DATED: | 3/8/2012 |
| LESSOR: | Betty Jane Rogers Crawford |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 935/28 |

VOL 1021

PG 0721

| | |
|---|---|
| DATED: | 3/8/2012 |
| LESSOR: | Joanne Rogers Lannom |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 935/16 |

| | |
|---|---|
| DATED: | 3/8/2012 |
| LESSOR: | Virgie Nell Rogers Carter |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 935/51 |

| | |
|---|---|
| DATED: | 3/8/2012 |
| LESSOR: | Nancy Rogers Stout |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 935/99 |

| | |
|---|---|
| DATED: | |
| LESSOR: | Betty Trafton |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | |

| | |
|---|---|
| DATED: | 3/13/2012 |
| LESSOR: | John Day Stevens |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 935/79 |

| | |
|---|---|
| DATED: | 3/13/2012 |
| LESSOR: | Mary Frank Owen |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 936/168 |

| | |
|---|---|
| DATED: | 4/20/2012 |
| LESSOR: | Effie Jean Bay |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 939/634 |

| | |
|---|---|
| DATED: | 3/13/2012 |
| LESSOR: | Glenda Cowan Garza |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 935/83 |

| | |
|---|---|
| DATED: | 3/13/2012 |
| LESSOR: | Barbara Cowan Howell |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 935/87 |

| | |
|---|---|
| DATED: | |
| LESSOR: | Lillian Estelle Whiting |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | |

| | |
|---|---|
| DATED: | 3/14/2012 |
| LESSOR: | Alice Lucille Showers Living Trust |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 936/188 |

VOL 1021

PG 0722

```
DATED:
LESSOR:        Betty Sue Walker
LESSEE:        Arabella Petroleum Company, LLC
RECORDED:
```

```
DATED:         3/14/2012
LESSOR:        Larry E. Day
LESSEE:        Arabella Petroleum Company, LLC
RECORDED:      936/116
```

```
DATED:         3/14/2012
LESSOR:        Cynthia Barthelme
LESSEE:        Arabella Petroleum Company, LLC
RECORDED:      936/140
```

```
DATED:         3/14/2012
LESSOR:        Stephen Slaughter
LESSEE:        Arabella Petroleum Company, LLC
RECORDED:      936/176
```

```
DATED:         3/14/2012
LESSOR:        Mai Ling Slaughter
LESSEE:        Arabella Petroleum Company, LLC
RECORDED:      938/353
```

```
DATED:         3/23/2012
LESSOR:        Terry Haines Blovsky
LESSEE:        Arabella Petroleum Company, LLC
RECORDED:      936/180
```

```
DATED:         3/23/2012
LESSOR:        William Jay Madison
LESSEE:        Arabella Petroleum Company, LLC
RECORDED:      938/369
```

```
DATED:         3/23/2012
LESSOR:        Vicky Milligan
LESSEE:        Arabella Petroleum Company, LLC
RECORDED:      936/204
```

```
DATED:         3/20/2012
LESSOR:        Todd M Ray
LESSEE:        Arabella Petroleum Company, LLC
RECORDED:      936/192
```

```
DATED:         3/20/2012
LESSOR:        Larry F. Ray
LESSEE:        Arabella Petroleum Company, LLC
RECORDED:      936/184
```

```
DATED:
LESSOR:        Arabella Petroleum Company, LLC
LESSEE:        Arabella Petroleum Company, LLC
RECORDED:
```

VOL

1021

PG

0723

DATED:
LESSOR: Christopher Franks
LESSEE: Arabella Petroleum Company, LLC
RECORDED:

V
O
L

DATED: 3/27/2012
LESSOR: Della M Staton
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 938/378

1
0
2
1

DATED: 3/27/2012
LESSOR: John E Bates
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 938/365

DATED:
LESSOR: Bill D Bates
LESSEE: Arabella Petroleum Company, LLC
RECORDED:

P
G

DATED: 3/27/2012
LESSOR: James Bates
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 938/374

0
7
2
4

DATED: 3/15/2012
LESSOR: Sherry Day Foster
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 936/132

DATED: 3/15/2012
LESSOR: Angela Lorz
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 936/152

DATED:
LESSOR: Robert Horne
LESSEE: Arabella Petroleum Company, LLC
RECORDED:

DATED: 3/15/2012
LESSOR: Larry R Day
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 935/67

DATED: 3/15/2012
LESSOR: Edward R Day
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 936/124

DATED: 3/15/2012
LESSOR: Cheryl Kurzawa
LESSEE: Arabella Petroleum Company, LLC
RECORDED: 935/75

| | |
|---|---|
| DATED: | |
| LESSOR: | James Robert Story |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | |

| | |
|---|---|
| DATED: | 3/15/2012 |
| LESSOR: | Don Day, AIF Polly Day |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 938/357 |

| | |
|---|---|
| DATED: | |
| LESSOR: | Bill B Day |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | |

| | |
|---|---|
| DATED: | 3/15/2012 |
| LESSOR: | Nancy Starr |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 936/144 |

| | |
|---|---|
| DATED: | 3/15/2012 |
| LESSOR: | Don Griffitts |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 936/120 |

| | |
|---|---|
| DATED: | |
| LESSOR: | Raymond A Young Trust |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | |

| | |
|---|---|
| DATED: | |
| LESSOR: | Duff L Young, AIF for Ben R Young |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | |

| | |
|---|---|
| DATED: | 3/21/2012 |
| LESSOR: | Estate of Arthur L Young |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 936/156 |

| | |
|---|---|
| DATED: | |
| LESSOR: | Ellen Young |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | |

| | |
|---|---|
| DATED: | 3/21/2012 |
| LESSOR: | Alice Belle East |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 936/791 |

| | |
|---|---|
| DATED: | 3/21/2012 |
| LESSOR: | Edmond E Young |
| LESSEE: | Arabella Petroleum Company, LLC |
| RECORDED: | 936/148 |

VOL 1021

PG 0725

DATED:     3/21/2012
LESSOR:    John W Young
LESSEE:    Arabella Petroleum Company, LLC
RECORDED:  936/164

DATED:     3/23/2012
LESSOR:    Eva O'Brien
LESSEE:    Arabella Petroleum Company, LLC
RECORDED:  936/160

DATED:
LESSOR:    Charles Colwell
LESSEE:    Arabella Petroleum Company, LLC
RECORDED:

DATED:
LESSOR:    Kelly Johnson
LESSEE:    Arabella Petroleum Company, LLC
RECORDED:

DATED:
LESSOR:    Bill Colwell, AIF Charlotte Colwell
LESSEE:    Arabella Petroleum Company, LLC
RECORDED:

DATED:
LESSOR:    Ann Colwell
LESSEE:    Arabella Petroleum Company, LLC
RECORDED:

DATED:     3/22/2012
LESSOR:    Barbara Jean Pansarosa
LESSEE:    Arabella Petroleum Company, LLC
RECORDED:  936/196

DATED:
LESSOR:    Terry Ray Davis
LESSEE:    Arabella Petroleum Company, LLC
RECORDED:

DATED:     3/22/2012
LESSOR:    Bren Marr Davis
LESSEE:    Arabella Petroleum Company, LLC
RECORDED:  936/200

DATED:     8/1/2012
LESSOR:    Community Bank of Raymore, as agent under agreement with trustees of William L Abernathy Testamentary Lead Trust, as Trustee for WD Johnson, Jr. F/B/O Dorothy Haggerty, as Trustee for Timothy S Brandom, as Trustee for Laura E Couch, as Trustee for William S Brandom, Jr., as Trustee for Deborah B Miller, as Trustee for Robert J Brandom, as Trustee for Thomas M Scruggs F/B/O Milus D Scruggs, as Trustee for Thomas M Scruggs F/B/O Thomas Mitchell Scruggs, Jr., as Trustee for Kern Kenyon, as Trustee for Claudia Kenyon, as Agent under Agreement with Trustees of the David L Fayman Revocable Trust, as Agent under Agreement with Trustees of the Faith Fayman Strong Revocable Trust, as Trustee for Abbie J Burton F/B/O Lynn Lumbard, as Trustee for Abbie J Burton F/B/O Mark Lumbard, as Trustee for Abbie J Burton F/B/O Nancy Martin, as Trustee for Abbie J Burton F/B/O Susan Martin, as

VOL 1021

PG 0726

Trustee for Abbie J Burton F/B/O Laura Martin, as Trustee for Abbie J Burton F/B/O Kathleen Field, as Agent under Agreement with Trustees of the Jacqueline B Charno Charitable Lead Trust, as Agent under Agreement with Trustees of the Bebe and Tom Dunnicliffe Charitable Lead Trust, as Agent under Agreement with Trustees of the Mark B Lumbard Revocable Trust, as Trustee for Lynn C Lumbard.

LESSEE:      Arabella Petroleum Company, LLC

RECORDED:

VOL

1021

PG

0727

**Fill in this information to identify the case:**

Debtor name    **Arabella Exploration, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **17-40120-rfn11**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Arabella Petroleum JIBS**<br>Creditor's Name<br><br><br>**509 Pecan St. Ste. 200**<br>**Fort Worth, TX 76102**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Mineral rights in oil and gas properties in Texas, including, among other properties, working interests in six operating wells; please see Exhibit A for legal descriptions of certain of the oil and gas properties**<br><br>**Describe the lien**<br>**Operators lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$2,952,190.32** | **$10,200,000.00** |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Platinum Partners Credit Opportunities**<br>**2. Arabella Petroleum JIBS**<br>**3. Founders Oil and Gas Operating, LLC**<br>**4. Sooner Pipe, L.L.C., c/o B. Blue Hyatt**<br>**5. Surf-Frac Wellhead Equipment Co., Inc.** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| **2.2 Brigham**<br>Creditor's Name<br><br>**5914 W Courtyard Dr**<br>**Austin, TX 78730**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**90 days or less: Expected receipt of $650,000+ regarding exercise of tag-along rights regarding working interests in certain non-operating wells**<br><br>**Describe the lien**<br>**Operators lien** | **$258,567.99** | **$650,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

*(handwritten)* CJ4u 2/10/17 nonose

Debtor    **Arabella Exploration, LLC**        Case number (if know)    **17-40120-rfn11**
Name

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Brigham** | ☐ Disputed |
| **2. Platinum Partners Credit Opportunities** | |
| **3. Arabella Petroleum JIBS** | |
| **4. Sooner Pipe, L.L.C., c/o B. Blue Hyatt** | |
| **5. Surf-Frac Wellhead Equipment Co., Inc.** | |

---

| 2.3 | **Energen** | | **Describe debtor's property that is subject to a lien** | $23,435.22 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**3300 North "A" St Bldg 4 Ste 100 Midland, TX 79705**
Creditor's mailing address

| | |
|---|---|
| | **Describe the lien** |
| | **Operators lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Founders Oil and Gas Operating, LLC** | **Describe debtor's property that is subject to a lien** | $611,265.96 | $10,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Mineral rights in oil and gas properties in Texas, including, among other properties, working interests in six operating wells; please see Exhibit A for legal descriptions of certain of the oil and gas properties**

**113 Corporate Dr Midland, TX 79705**
Creditor's mailing address

| | |
|---|---|
| | **Describe the lien** |
| | **Operators lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |

Debtor **Arabella Exploration, LLC**                                    Case number (if know) **17-40120-rfn11**
_____
Name

| | |
|---|---|
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.5 | **J Cleo Thompson** | Describe debtor's property that is subject to a lien | **$30,218.60** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**325 N St Paul Ste 4300**
**Dallas, TX 75201**
_____
Creditor's mailing address

Describe the lien
**Operators lien**
_____
Is the creditor an insider or related party?

■ No
_____
Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.6 | **Platinum Partners Credit Opportunities** | Describe debtor's property that is subject to a lien | **$19,050,573.24** | **$10,200,000.00** |
|---|---|---|---|---|

Creditor's Name

**Mineral rights in oil and gas properties in Texas, including, among other properties, working interests in six operating wells; please see Exhibit A for legal descriptions of certain of the oil and gas properties**

**250 West 55th Street, 14th Floor**
**New York, NY 10019**
_____
Creditor's mailing address

Describe the lien
**Deeds of trust, etc.**
_____
Is the creditor an insider or related party?

■ No
_____
Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**10/28/2016**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

**Specified on line 2.1**

---

| 2.7 | **Sooner Pipe, L.L.C., c/o B. Blue Hyatt** | Describe debtor's property that is subject to a lien | **$250,000.00** | **$10,200,000.00** |
|---|---|---|---|---|

se

Debtor **Arabella Exploration, LLC**
_____ Case number (if known) **17-40120-rfn11**
Name

| | |
|---|---|
| Creditor's Name | |

**LYNCH, CHAPPELL &
ALSUP, P.C.
The Reliance Building,
Suite 700
300 North Marienfeld
Midland, TX 79701**
Creditor's mailing address

**Mineral rights in oil and gas properties in
Texas, including, among other properties,
working interests in six operating wells;
please see Exhibit A for legal descriptions of
certain of the oil and gas properties**

Creditor's email address, if known

**Describe the lien**
**Pending lawsuit**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0CVR**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Surf-Frac Wellhead
Equipment Co., Inc.** | | $347,653.00 | $10,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**1000 Lousiana Street
Houston, TX 77002**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Mineral rights in oil and gas properties in
Texas, including, among other properties,
working interests in six operating wells;
please see Exhibit A for legal descriptions of
certain of the oil and gas properties**

Creditor's email address, if known

**Describe the lien**
**Judgment lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**B139,498**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $23,523,904.33 |

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Arabella Exploration, LLC**
Name

Case number (if know)   **17-40120-rfn11**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Founders Oil and Gas Operating, LLC**<br>**Gardere Wynne Sewell LLP**<br>**c/o Sean Wilson**<br>**1000 Louisiana Street, Ste. 2000**<br>**Houston, TX 77002** | Line _2.4_ | |
| **McClinton Energy Group, LLC**<br>**12620 Hwy 191**<br>**Midland, TX 79707** | Line _2.8_ | |
| **Platinum Long Term Growth VIII, LLC**<br>**250 West 55th Street, 14th Floor**<br>**New York, NY 10019** | Line _2.6_ | |
| **Platinum, c/o Schafer and Weiner, PLLC**<br>**40950 Woodward Ave., Ste. 100**<br>**Attn: Michael Baum, Esq.**<br>**Bloomfield Hills, MI 48304** | Line _2.6_ | |

Fill in this information to identify the case:

Debtor name **Arabella Exploration, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **17-40120-rfn11**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**A.S.S.I.S.T.**<br>**2807 Monties**<br>**Arlington, TX 76015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$607.50** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Accounttemps**<br>**PO Box 743295**<br>**Los Angeles, CA 90074-3295**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,568.98** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Action Shred of Texas**<br>**2835 Congressman Ln**<br>**Dallas, TX 75220**<br><br>Date(s) debt was incurred 7/27/2016<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$110.00** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Ambit**<br>**PO Box 660462**<br>**Dallas, TX 75266-0642**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$833.36** |

| Debtor | Arabella Exploration, LLC | Case number (if known) | 17-40120-rfn11 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617.50 |
|---|---|---|---|

**3.5** Nonpriority creditor's name and mailing address
**American Arbitration Association**
13727 Noel Road Ste 700
Dallas, TX 75240

Date(s) debt was incurred  9/30/2016
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

$617.50

---

**3.6** Nonpriority creditor's name and mailing address
**Benefit Plans Administrator**
6 Rhoads Drive Ste 7
Utica, NY 08322

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

$14,783.05

---

**3.7** Nonpriority creditor's name and mailing address
**Best Facility Services**
305 NE Loop 820 Ste 106
Hurst, TX 76053

Date(s) debt was incurred  6/15/2016
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

$1,299.00

---

**3.8** Nonpriority creditor's name and mailing address
**Blue Cross Blue Shield**
PO Box 731428
Dallas, TX 75373-1428

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,685.48

---

**3.9** Nonpriority creditor's name and mailing address
**Blue Jean Networks**
4521 S Hulen St
Fort Worth, TX 76109

Date(s) debt was incurred  9/14/2016
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$4,210.98

---

**3.10** Nonpriority creditor's name and mailing address
**BZB Investments, Inc.**
39 Mill Rd
New Canaan, CT 06840

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$221,256.00

---

**3.11** Nonpriority creditor's name and mailing address
**Capital Real Estate**
50 South Sixth St Ste 1480
Minneapolis, MN 55402

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,879.22

---

Debtor **Arabella Exploration, LLC**        Case number (if known)   **17-40120-rfn11**
_____
Name

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$921.11** |
| | **Charter** | ☐ Contingent |
| | **PO Box 790261** | ☐ Unliquidated |
| | **St Louis, MO 63179-0261** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$15,322.51** |
| | **Codan Trust** | ☐ Contingent |
| | **PO Box 2681** | ☐ Unliquidated |
| | **Grand Cayman** | ☐ Disputed |
| | **Cayman Islands** | |
| | **KY1-1111** | |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$50.00** |
| | **Comptroller of Public Accounts** | ☐ Contingent |
| | **PO Box 149348** | ☐ Unliquidated |
| | **Austin, TX 78714-9348** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$10,000.00** |
| | **Continental Stock Transfer** | ☐ Contingent |
| | **17 Battery Place** | ☐ Unliquidated |
| | **New York, NY 10004** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$1,060.43** |
| | **Crude State Tire and Lube** | ☐ Contingent |
| | **150 Raul Florez Blvd** | ☐ Unliquidated |
| | **Pecos, TX 79772** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$10,669.01** |
| | **Dawson Parrish** | ☐ Contingent |
| | **309 West 7th St Ste 915** | ☐ Unliquidated |
| | **Fort Worth, TX 76102** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$20,715.02** |
| | **DBTEX Management** | ☐ Contingent |
| | **509 Pecan St Ste 200** | ☐ Unliquidated |
| | **Fort Worth, TX 76102** | ■ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Arabella Exploration, LLC**                          Case number (if known)    **17-40120-rfn11**
        Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,040.67 |
|---|---|---|---|
| | **Denitech** | ☐ Contingent | |
| | **PO Box 844173** | ☐ Unliquidated | |
| | **Dallas, TX 75284-4173** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,506.66 |
|---|---|---|---|
| | **Dragon Blue, Incorporated** | ☐ Contingent | |
| | **39 Mill Rd** | ☐ Unliquidated | |
| | **New Canaan, CN 06840** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,476.00 |
|---|---|---|---|
| | **Edgar Agents** | ☐ Contingent | |
| | **105 White Oak Ln Ste 104** | ☐ Unliquidated | |
| | **Old Bridge, NJ 08857** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,426.25 |
|---|---|---|---|
| | **Embark Consulting** | ☐ Contingent | |
| | **1717 McKinney Ave Ste 700** | ☐ Unliquidated | |
| | **Dallas, TX 75202** | ☐ Disputed | |
| | Date(s) debt was incurred **10/12/2016** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,099.00 |
|---|---|---|---|
| | **Equisolve** | ☐ Contingent | |
| | **2455 E Sunrise Blvd Ste 1201** | ☐ Unliquidated | |
| | **Fort Lauderdale, FL 33304** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,436.38 |
|---|---|---|---|
| | **First Insurance** | ☐ Contingent | |
| | **PO Box 66468** | ☐ Unliquidated | |
| | **Chicago, IL 60666-0468** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $680.20 |
|---|---|---|---|
| | **Foundation Energy** | ☐ Contingent | |
| | **PO Box 650002** | ☐ Unliquidated | |
| | **Dallas, TX 75265-0002** | ☐ Disputed | |
| | Date(s) debt was incurred **11/30/2016** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Arabella Exploration, LLC**
_____
        Name

Case number (if known)  **17-40120-rfn11**

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.27 |
|------|---|---|---|

**Geomap Company**
**1100 Geomap Ln**
**Plano, TX 75074-7135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.16 |
|------|---|---|---|

**Guardian**
**PO Box 824404**
**Philadelphia, PA 19182-4404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/23/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|------|---|---|---|

**Ham Langston & Brezina**
**11550 Fuqua Ste 475**
**Houston, TX 77034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,959.23 |
|------|---|---|---|

**Internal Revenue Service**
**IRS**
**Cincinnati, OH 45999-0150**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  8/31/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,074,588.20 |
|------|---|---|---|

**Jason Hoisager**
**509 Pecan St. Ste. 200**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,917.97 |
|------|---|---|---|

**John P. Mobbs**
**7170 Westwind Dr Ste 2014**
**El Paso, TX 79912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,140.63 |
|------|---|---|---|

**Juris Fabrilis**
**901 Lake St**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Arabella Exploration, LLC** | Case number (if known) | **17-40120-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $734.63 |
|---|---|---|---|

**Kelley Wohlfahrt**
**2404 Briaroaks Ct**
**Midland, TX 79707**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  12/13/2016

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,672.00 |
|---|---|---|---|

**Kelly Hart**
**201 Main Ste 2500**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,347.50 |
|---|---|---|---|

**LAN Solutions**
**PO Box 51188**
**MIDLAND, TX 79710-1188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/22/2016

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda J. Welty, Trustee**
**c/o Michael V. Fitzpatrick**
**HARRIS, FINLEY & BOGLE, P.C.**
**777 Main Street, Suite 1800**
**Fort Worth, TX 76102**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  4915

Basis for the claim:  Pending lawsuit

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**LNB Asset Management**
**4006 82nd ST**
**Lubbock, TX 79423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Masterson Royalty Fund**
**500 W Texas Ave Ste 1450**
**Midland, TX 79701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|

**McCabe**
**PO Box 11188**
**Midland, TX 79702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  9/29/2016

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Arabella Exploration, LLC**
Name

Case number (if known) **17-40120-rfn11**

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,075.00 |
|---|---|---|---|
| | **Mercury Insurance**<br>PO Box 5600<br>Rancho Cucamonga, CA 91729-5600 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|
| | **Midland Municipal Court**<br>406 E Illinois<br>Midland, TX 79701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717.90 |
|---|---|---|---|
| | **Mike Berkin**<br>637 Patridge Dr<br>Saginaw, TX 76131 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Morris D. Weiss, Chapter 11 Trustee**<br>Waller Lansden Dortch & Davis, LLP<br>100 Congress Avenue, Suite 1800<br>Austin, TX 78701 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0098** | Basis for the claim: **Pending litigation**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.32 |
|---|---|---|---|
| | **Municipal Services Bureau**<br>PO Box 16777<br>Austin, TX 78761-6777 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $352.56 |
|---|---|---|---|
| | **North Texas Tollway**<br>PO Box 660244<br>Dallas, TX 75266-0244 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $393.61 |
|---|---|---|---|
| | **Ntegrated**<br>1320 Greenway Dr Ste 575<br>Irving, TX 75038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 7 of 11

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Arabella Exploration, LLC** | Case number (if known) | **17-40120-rfn11** |
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.00 |
|---|---|---|---|

**Oil and Gas Investor**
1616 S Voss Rd Ste 1000
Houston, TX 77057-9967

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,576.07 |
|---|---|---|---|

**Oilfield Software Solutions**
523 N Sam Houston Pkwy E Ste 175
Houston, TX 77060

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,303.18 |
|---|---|---|---|

**Piedra**
PO Box 10485
Midland, TX 79702

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,539.95 |
|---|---|---|---|

**Reeves County Clerk**
100 E 4th St
Pecos, TX 79772

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $725.82 |
|---|---|---|---|

**Richard Hauser**
50 South Sixth St Ste 1480
Minneapolis, MN 55402

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.19 |
|---|---|---|---|

**Security Preferred Title**
600 N Marienfeld Ste 100
Midland, TX 79701

Date(s) debt was incurred  8/30/2016
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,550.00 |
|---|---|---|---|

**Shannon, Gracey, Ratliff & Miller**
420 Commerce St Ste 500
Fort Worth, TX 76102

Date(s) debt was incurred  10/2/2016
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Arabella Exploration, LLC**                     Case number (if known) **17-40120-rfn11**
_____
Name

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Spectrum Business**<br>**8413 Excelsior Dr**<br>**Madison, WI 53717-1970**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$306.57** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Sterling Title**<br>**PO Box 2**<br>**Sterling City, TX 76951**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$543.02** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Trans Texas**<br>**509 Pecan St Ste 200**<br>**Fort Worth, TX 76102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,600.00** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**TxTag**<br>**PO Box 650749**<br>**Dallas, TX 75265-0749**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11.15** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Valley Ridge Minerals, LLC**<br>**509 Pecan St Ste 200**<br>**Fort Worth, TX 76102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$257,273.23** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Verizon**<br>**PO Box 660108**<br>**Dallas, TX 75266-0108**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,589.10** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**W.D. Von Gonten & Co**<br>**10496 Old Katy Rd Ste 200**<br>**Houston, TX 77043**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,167.00** |

Debtor **Arabella Exploration, LLC**
Name

Case number (if known) **17-40120-rfn11**

| | | |
|---|---|---|
| 3.61 | Nonpriority creditor's name and mailing address<br>**Walker Law Firm**<br>**222 W Exchange Ave**<br>**Fort Worth, TX 76164**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,550.00 |
| 3.62 | Nonpriority creditor's name and mailing address<br>**Wall Street Transcript**<br>**622 3rd Ave 34th Floor**<br>**New York, NY 10017**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,000.00 |
| 3.63 | Nonpriority creditor's name and mailing address<br>**Weaver & Tidwell**<br>**2821 West 7th St Ste 700**<br>**Fort Worth, TX 76107**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,780.65 |
| 3.64 | Nonpriority creditor's name and mailing address<br>**Western Abstract**<br>**321 S Oak**<br>**Pecos, TX 79772**<br><br>Date(s) debt was incurred **9/27/2016**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,540.00 |
| 3.65 | Nonpriority creditor's name and mailing address<br>**WhitleyPenn**<br>**1400 West 7th St Ste 400**<br>**Fort Worth, TX 76102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $8,453.85 |
| 3.66 | Nonpriority creditor's name and mailing address<br>**Wildhorse**<br>**509 Pecan St Ste 200**<br>**Fort Worth, TX 76102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $200,000.00 |
| 3.67 | Nonpriority creditor's name and mailing address<br>**Wright Lindsey & Jennings**<br>**200 West Capital Ave Ste 2200**<br>**Little Rock, AR 72201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Legal services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $12,757.44 |

Debtor **Arabella Exploration, LLC**
      _____
      Name

Case number (if known) **17-40120-rfn11**

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,682.50 |

**Zeisler PLLC**
**750 Third Ave 9th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Linda J. Welty, Trustee**<br>**c/o Blair L. Park**<br>**HARRIS, FINLEY & BOGLE, P.C.**<br>**777 Main Street, Suite 1800**<br>**Fort Worth, TX 76102** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 4,777,516.01 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 4,777,516.01 |

Fill in this information to identify the case:

Debtor name     **Arabella Exploration, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  **17-40120-rfn11**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1.    State what the contract or lease is for and the nature of the debtor's interest

**September 5, 2012 Operating Agreement, as amended**

State the term remaining

List the contract number of any government contract

**Arabella Petroleum Company, LLC
509 Pecan St Ste 200
Fort Worth, TX 76102**

2.2.    State what the contract or lease is for and the nature of the debtor's interest

**March 1, 2013 Operating Agreement**

State the term remaining

List the contract number of any government contract

**Arabella Petroleum Company, LLC
509 Pecan St Ste 200
Fort Worth, TX 76102**

Cowe 2/10/17
Monoger

**Fill in this information to identify the case:**

Debtor name    **Arabella Exploration, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **17-40120-rfn11**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **AEX Midstream, LLC** | **509 Pecan St. Ste. 200 Fort Worth, TX 76102** | **Platinum Partners Credit Opportunities** | ■ D    2.6 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Andrew H. Jackson** | | **Linda J. Welty, Trustee** | ☐ D _____ <br> ■ E/F    3.36 <br> ☐ G _____ |
| 2.3 | **Arabella Exploration, Inc.** | **c/o RSHW (Cayman) Limited 2nd Fl., Winward 1, Regatta Office Park 897, KY1-1103, Grand Cayman Cayman Islands** | **Sooner Pipe, L.L.C., c/o B. Blue Hyatt** | ■ D    2.7 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Arabella Exploration, Inc.** | **c/o RSHW (Cayman) Limited 2nd Fl., Winward 1, Regatta Office Park 897, KY1-1103, Grand Cayman Cayman Islands** | **Platinum Partners Credit Opportunities** | ■ D    2.6 <br> ☐ E/F _____ <br> ☐ G _____ |

CSln  2/10/17
Manager

| Debtor | Arabella Exploration, LLC | | Case number (if known) | 17-40120-rfn11 |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.5 | Arabella Exploration, Inc. | c/o RSHW (Cayman) Limited 2nd Fl., Winward 1, Regatta Office Park 897, KY1-1103, Grand Cayman Cayman Islands | Morris D. Weiss, Chapter 11 Trustee | ☐ D _____ ■ E/F 3.43 ☐ G _____ |
| 2.6 | Arabella Operating, LLC | P.O. Box 506 Fort Worth, TX 76101 | Morris D. Weiss, Chapter 11 Trustee | ☐ D _____ ■ E/F 3.43 ☐ G _____ |
| 2.7 | Arabella Operating, LLC | P.O. Box 506 Fort Worth, TX 76101 | Linda J. Welty, Trustee | ☐ D _____ ■ E/F 3.36 ☐ G _____ |
| 2.8 | Arabella Operating, LLC | P.O. Box 506 Fort Worth, TX 76101 | Platinum Partners Credit Opportunities | ■ D 2.6 ☐ E/F _____ ☐ G _____ |
| 2.9 | Arabella Petroleum Company, LLC | 509 Pecan St Ste 200 Fort Worth, TX 76102 | Surf-Frac Wellhead Equipment Co., Inc. | ■ D 2.8 ☐ E/F _____ ☐ G _____ |
| 2.10 | Jason Hoisager | 509 Pecan St. Ste. 200 Fort Worth, TX 76102 | Morris D. Weiss, Chapter 11 Trustee | ☐ D _____ ■ E/F 3.43 ☐ G _____ |
| 2.11 | Platinum Long Term Growth VIII, LLC | 250 West 55th Street, 14th Floor New York, NY 10019 | Morris D. Weiss, Chapter 11 Trustee | ☐ D _____ ■ E/F 3.43 ☐ G _____ |
| 2.12 | Platinum Partners Credit Opportunities | 250 West 55th Street, 14th Floor New York, NY 10019 | Morris D. Weiss, Chapter 11 Trustee | ☐ D _____ ■ E/F 3.43 ☐ G _____ |

Debtor    **Arabella Exploration, LLC**      Case number *(if known)*   **17-40120-rfn11**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**          Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.13 | **Trans-Texas Land & Title, LLC** | **509 Pecan St. Ste. 200 Fort Worth, TX 76102-4070** | **Morris D. Weiss, Chapter 11 Trustee** | ☐ D _____<br>■ E/F   **3.43**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Arabella Exploration, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **17-40120-rfn11**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From   **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:**<br>From   **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$1,200,000.00** |
| **For year before that:**<br>From   **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$1,475,856.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Arabella Exploration, LLC**                                Case number *(if known)* **17-40120-rfn11**

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jason Hoisager**<br>**509 Pecan St. Ste. 200**<br>**Fort Worth, TX 76102**<br>**Former President and Managing Member** | **Paid weekly, total received $115,384.60** | **$115,384.60** | |
| 4.2. **William B. Heyn**<br>**39 Mill Road**<br>**New Canaan, CT 06840**<br>**Former Director of Arabella Exploration, Inc.** | **January, 2016** | **$132,508.00** | **Office furniture, fixtures, equipment and other personal property were transferred to Mr. Heyn** |
| 4.3. **William B. Heyn**<br>**39 Mill Road**<br>**New Canaan, CT 06840**<br>**Former Director of Arabella Exploration, Inc.** | | **$65,000.00** | **Mr. Heyn's company, DB Tex Management, was paid $65,000 by the debtor, which Mr. Heyn then collected personally** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Linda J. Welty, Trustee**<br>**c/o Michael V. Fitzpatrick**<br>**HARRIS, FINLEY & BOGLE, P.C.**<br>**777 Main Street, Suite 1800**<br>**Fort Worth, TX 76102** | **Lease rights to acreage, estimated value at least $3,000,000 but possibly higher** | **Last quarter of 2016** | **$3,000,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Founders Oil and Gas Operating, LLC**<br>**113 Corporate Dr**<br>**Midland, TX 79705** | **Debtor estimates $250,000 is owed to Debtor by Founders, but such amount is subject to offset by netting liabilities; it is unknown the amount of such offset**<br>Last 4 digits of account number: _____ | | **Unknown** |
| **Brigham**<br>**5914 W Courtyard Dr**<br>**Austin, TX 78730** | **Debtor estimates $75,000 is owed to Debtor by Brigham, but such amount is subject to offset by netting liabilities; it is unknown the amount of such offset**<br>Last 4 digits of account number: _____ | | **Unknown** |

| Debtor | Arabella Exploration, LLC | Case number *(if known)* | **17-40120-rfn11** |
|---|---|---|---|

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| J Cleo Thompson<br>325 N St Paul Ste 4300<br>Dallas, TX 75201 | **Debtor estimates $15,000 is owed to Debtor by J Cleo Thompson, but such amount is subject to offset by netting liabilities; it is unknown the amount of such offset**<br>Last 4 digits of account number: ____ | | Unknown |
| Energen<br>3300 North "A" St Bldg 4 Ste 100<br>Midland, TX 79705 | **Debtor estimates $5,000 is owed to Debtor by Energen, but such amount is subject to offset by netting liabilities; it is unknown the amount of such offset**<br>Last 4 digits of account number: ____ | | Unknown |

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **FOUNDERS OIL AND GAS OPERATING, LLC vs. ARABELLA EXPLORATION, LLC**<br>No. 16-12-21781-CVR | **Collection and foreclosure/disput e over lien rights** | **143rd Judicial District, Reeves County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **LINDA J. WELTY, AS TRUSTEE vs. ARABELLA OPERATING, LLC, ARABELLA EXPLORATION, LLC, and ANDREW H. JACKSON**<br>No. 352-280349-15 | **Lease dispute** | **352nd Judicial District, Tarrant County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **SOONER PIPE, L.L.C. vs. ARABELLA EXPLORATION, INC., and ARABELLA EXPLORATION, LLC**<br>No. 15-03-20950-CVR | **Collection and dispute over lien rights** | **143rd Judicial District, Reeves County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **MORRIS D. WEISS, CHAPTER 11 TRUSTEE FOR ARABELLA PETROLEUM COMPANY, LLC vs. ARABELLA EXPLORATION INC., ARABELLA EXPLORATION LLC, ARABELLA OPERATING LLC, TRANS-TEXAS LAND & TITLE, LLC, PLATINUM PARTNERS CREDIT OPPORTUNITIES MASTER FUND LP, PLATINUM LONG TERM GROWTH VIII, LLC, and JASON HOISAGER, Individually**<br>Adversary Proc. No. 16-07002-rbk | **Fraudulent/avoida ble transfers** | **U.S. Bankr Court, W.D. Texas, Midland D.** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Arabella Exploration, LLC**                                      Case number (if known)  **17-40120-rfn11**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **SURF-FRAC WELLHEAD EQUIPMENT COMPANY, INC.; MCCLINTON ENERGY GROUP, L.L.C. vs. ARABELLA PETROLEUM COMPANY, LLC, ARABELLA EXPLORATION, LIMITED LIABILITY COMPANY Cause No. B-139,498** | **Collection and dispute over lien rights** | **161st Judicial District, Ector County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor **Arabella Exploration, LLC**      Case number *(if known)* **17-40120-rfn11**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | On December 28, 2016 , Platinum Long Term Growth VIII, LLC ("Platinum") and 30294, LLC ("Participant") entered into a participation agreement in which Platinum sold to Participant a participation in a secured loan by and among Platinum as lender, and Arabella Exploration, Inc. ("AEI"), as borrower. AEI is the Debtor's parent company. The Debtor is a guarantor on the loan. Miller Johnson's retainer was paid from the proceeds of the participation agreement received by Platinum. | | |
| | Miller Johnson PO Box 306 Grand Rapids, MI 49501-0306 | | January 6, 2017 | $65,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Rehmann 2330 East Paris Ave SE Grand Rapids, MI 49516** | Same description as above. | January 6, 2017 | $120,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Debtor | **Arabella Exploration, LLC** | Case number *(if known)* **17-40120-rfn11** |
|---|---|---|

| | **Address** | **Dates of occupancy**<br>**From-To** |
|---|---|---|
| 14.1. | **509 Pecan St. Ste. 200**<br>**Fort Worth, TX 76102** | |

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan<br>**Arabella Exploration 401(k) Retirement Plan and Trust** | **Employer identification number of the plan**<br>EIN:  **45-2722855** |
|---|---|

Has the plan been terminated?
■ No
☐ Yes

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor **Arabella Exploration, LLC**

Case number *(if known)* **17-40120-rfn11**

---

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Worthington National Bank**<br>**500 Main Street**<br>**Fort Worth, TX 76102** | **Chip Hoebeke**<br>**Rehmann**<br>**2330 East Paris Ave SE**<br>**Grand Rapids, MI 49516**<br>**500 Main Street**<br>**Fort Worth, TX 76102** | **No contents / $0 balance in checking account, x5515** | ☐ No<br>■ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Arabella Exploration, LLC**                                      Case number *(if known)*  **17-40120-rfn11**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Kelley Wohlfahrt** <br> **2404 Briaroaks Ct** <br> **Midland, TX 79707** | **End of service July 6, 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Marcum LLP** <br> **750 3rd Avenue, 11th Floor** <br> **New York, NY 10017** | **End of service March 31, 2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Jason Hoisager** <br> **509 Pecan St. Ste. 200** <br> **Fort Worth, TX 76102** | |
| 26c.2.   **William B. Heyn** <br> **39 Mill Road** <br> **New Canaan, CT 06840** | |
| 26c.3.   **Kelley Wohlfahrt** <br> **2404 Briaroaks Ct** <br> **Midland, TX 79707** | |
| 26c.4.   **Morris D. Weiss, Chapter 11 Trustee** <br> **Waller Lansden Dortch & Davis, LLP** <br> **100 Congress Avenue, Suite 1800** <br> **Austin, TX 78701** | |

Debtor **Arabella Exploration, LLC**        Case number *(if known)* **17-40120-rfn11**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.5. **Founders Oil and Gas Operating, LLC**<br>**113 Corporate Dr**<br>**Midland, TX 79705** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chip Hoebeke | Rehmann<br>2330 East Paris Ave SE<br>Grand Rapids, MI 49516 | Manager | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jason Hoisager | 509 Pecan St. Ste. 200<br>Fort Worth, TX 76102 | Former President and Managing Member | 2008 through July 6, 2016 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Jason Hoisager**<br>. **509 Pecan St. Ste. 200**<br>**Fort Worth, TX 76102** | **See Section 4.1** | | |
| **Relationship to debtor**<br>**Former President and Managing Member** | | | |

Debtor   **Arabella Exploration, LLC** _____     Case number *(if known)*  **17-40120-rfn11**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 | **William B. Heyn**<br>**39 Mill Road**<br>**New Canaan, CT 06840** | **See Sections 4.2 and 4.3** | | |
| | Relationship to debtor<br>**Former Director for Arabella Exploration, Inc.** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Arabella Exploration, Inc.** | EIN:   **98-1162608** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/16/17

_____
Signature of individual signing on behalf of the debtor

**Charles (Chip) Hoebeke**
Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes