Raymond W. Battaglia
Texas Bar I.D. 01918055
rbattaglialaw@outlook.com
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218
Telephone: (210) 601-9405

--------------------

David A. Hall
Michigan Bar #P81426
halld@millerjohnson.com
John T. Piggins
Michigan Bar #P34495
pigginsj@millerjohnson.com
Rachel L. Hillegonds
Michigan Bar #P67684
hillegondsr@millerjohnson.com
PO Box 306
Grand Rapids, Michigan 49501-0306
Telephone: (616) 831-1700

Co-Counsel for Debtors

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>ARABELLA EXPLORATION, LLC, a Texas limited liability corporation, et al.,<br><br>Debtors.[1] | § Case No. 17-40120-rfn<br>§ Chapter 11<br>§ (Jointly Administered)<br>§ Honorable Russell F. Nelms<br>§ U.S. Bankruptcy Judge |

### NOTICE OF ADJOURNMENT OF DEADLINE TO OBJECT TO SALE

On February 2, 2017, Debtors filed a *Motion, pursuant to Bankruptcy Code Sections 105(a), 363, and 365, and Bankruptcy Rules 2002, 6004, and 6006, for Entry of an Order (A) Approving Sale and Bidding Procedures in Connection with Sale of Assets of the Debtor, (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (C) Granting Related Relief* ("Sale Motion"), seeking approval of certain procedures for the sale of substantially all of Debtors' assets, and ultimately, approval of the sale of substantially all of Debtors' assets (the "363 Sale"). The Sale Motion was approved on May 5, 2017 [Docket No. 195]. On July 3, 2018, Debtors filed a *Motion to Amend Sale and Bidding Procedures in Connection with the Sale of Assets of the Debtors and Granting Related Relief* ("Amended Sale Motion"), seeking approval of amended procedures for the 363 Sale. The Amended Sale Motion was approved on July 31, 2018 [Docket No. 423] (the "Amended Sale Order"). The Amended Sale Order established a deadline to submit bids for the Debtors' assets in conjunction with the 363 Sale, the date for a sale auction, a deadline to object to the 363 Sale, and

---

[1] This case is jointly administered with the case of Arabella Operating, LLC, Case No. 17-41479.

a date for the hearing on approval of the 363 Sale (the "Sale Dates"). On August 3, 2018, a notice of the Sale Dates was served out by the Debtors which disclosed, among other things, Sale Dates consistent with the Amended Sale Order. On September 6, 2018, the Debtors served out another notice postponing the Sale Dates, including the deadline to object to the 363 Sale which was adjourned to 5:00 p.m. (Central time) on October 9, 2018.

> **PLEASE TAKE NOTICE** that the **deadline to object to the 363 Sale** is now **5:00 p.m. (Central time) on October 12, 2018.** Debtors anticipate filing a notice of the winning bidder(s) with the Court no later than Monday, October 8, 2018.

MILLER JOHNSON
Co-Counsel for Debtors

Dated: October 3, 2018

By   /s/ Rachel L. Hillegonds
David A. Hall
Michigan Bar #P81426
halld@millerjohnson.com
John T. Piggins
Michigan Bar #P34495
pigginsj@millerjohnson.com
Rachel L. Hillegonds
Michigan Bar #P67684
hillegondsr@millerjohnson.com
Business Address:
    PO Box 306
    Grand Rapids, Michigan  49501-0306
Telephone:  (616) 831-1700

And

LAW OFFICES OF RAY BATTAGLIA, PLLC
Co-Counsel for Debtors

Raymond W. Battaglia
Texas Bar I.D. 01918055
rbattaglialaw@outlook.com
66 Granburg Circle
San Antonio, TX 78218
Telephone:  (210) 601-9405

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on October 4, 2018, upon all parties registered to receive ECF filings in these bankruptcy cases.

/s/ Cindy M. Sherwood
Cindy M. Sherwood, Legal Administrative Assistant to
John T. Piggins (Michigan Bar #P34495)
Rachel L. Hillegonds (Michigan Bar #P67684)